IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56, et al, | ) |
| | ) |
| v. | ) C.A. No. 05-61 Erie |
| | ) |
| CRAIGER ELECTRIC, INC. | ) |

PRELIMINARY SCHEDULING ORDER

AND NOW, this 13th day of July, 2005, it is hereby ORDERED that all parties are to **strictly** conform to F.R.C.P. 26, and particularly Rule 26(f). Therefore, IT IS HEREBY ORDERED THAT the parties will conduct their Rule 26 (f) meeting on or before July 22, 2005. The parties will then exchange their initial disclosures per F.R.C.P. 26(a)(1)(A)(B)(C) and(D). A joint or individualized report of the Rule 26(f)discovery plan, not to exceed 4 pages in length, that includes proposed deadlines and responses to Section A of Local Rule 16.1.2 shall be filed on or before July 26, 2005. A F.R.C.P. 16(b) and Local Rule 16.1.1 Case Management Conference will be held July 28, 2005, at 11:00 a.m., U.S. Courthouse, Room A280, 17 South Park Row, Erie, PA.

At the case management conference **all** counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.

S/Susan Paradise Baxter
Susan Paradise Baxter
Chief United States Magistrate Judge

cc: All parties of record (lw)