# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IBEW Local 56 Vacation Fund, et al )
)
)
Plaintiffs )
vs. )    No.    CA 05-61 Erie
Craiger Electric, Inc. )
)
)
Defendant )

HEARING ON   Case Management Conference   July 28, 2005

Before   U. S. Magistrate Judge Susan Paradise Baxter

Joseph A. Vater, Jr.                                Christopher John Kovski, Esq.

Appear for Plaintiff                                Appear for Defendant

Hearing Begun  11:00                                Hearing Adjourned to  11:15

Hearing concluded C.A.V.                            Stenographer JANIS FERGUSON
                                                    Tape:        Index:

**WITNESSES**

For Plaintiff                                       For Defendant

Discovery to close:                                 November 15, 2005      Expert rpts 10/3/05
                                                                           Rebuttal expert rpts
Dispositive Motions with Brief due:                 December 19, 2005                    10/24/05

Responses to Motions due:                           January 4, 2006

Plaintiff's Pretrial Statement due:                 February 1, 2006 (January 24, 2006 struck)

Defendant's Pretrial Statement due:                 February 22, 2006

Case Designated Track:   1

C. Sander
Law Clerk