576302.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | |
| Plaintiffs, | CIVIL ACTION NO.: 05-61E |
| vs. | |
| CRAIGER, ELECTRIC, INC., | |
| Defendant. | |

## CONSENT JUDGMENT

And now, this 22nd day of November, 2005, the parties by their counsel hereby stipulate to the entry of judgment in favor of Plaintiffs and against Defendant in the amount of $19,838.37.

Defendant agrees to pay to the Plaintiffs the following:

1.  On or before December 15, 2005, $6,612.79;

2.  On or before January 15, 2006, $6,612.79; and

3.  On or before February 15, 2006, $6,612.79.

576302.1

**If Defendant makes all payments in accordance with the above schedule, and if it makes all current contributions due and owing to the Funds in a timely manner, Plaintiffs agree not to execute on this Judgment. If, however, Defendants fail to make any payment listed in this schedule or fail to make timely current contributions or to file current reports, Plaintiffs will be entitled to execute upon the unpaid portions of this Judgment immediately.**

| | |
|---|---|
| **MEYER, UNKOVIC & SCOTT LLP** | **ELDERKIN, MARTIN, KELLY & MESSINA** |
| BY: /s/Joseph A. Vater, Jr. | BY: /s/ Christopher J. Kovski |
| Joseph A. Vater, Jr. | Christopher J. Kovski |
| **Counsel for Plaintiffs** | **Counsel for Defendant** |