IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO.: 05-61 ERIE  *This document was electronically filed* |
| Plaintiffs, | |
| vs. | |
| CRAIGER ELECTRIC, INC., | |
| Defendant, | |
| vs. | |
| WEBER MURPHY FOX, | |
| Garnishee. | |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA:
WESTERN DISTRICT OF PENNSYLVANIA:

To the United States Marshal of the Western District of Pennsylvania:

To satisfy the judgment, interest and costs against **CRAIGER ELECTRIC, INC.**, Defendant:

1. You are directed to levy upon the property of the Defendant to sell its interest therein;
2. You are also directed to attach the property of the Defendant not levied upon in the possession of **WEBER MURPHY FOX** as Garnishee, and to notify the Garnishee that
    a. An attachment has been issued;

    b. The garnishee is enjoined from paying any debt to or for the account of the Defendant or otherwise disposing thereof;
3. If property of the Defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify them that they have been added as garnishee and is enjoined as above stated.

| | |
|---|---|
| Judgment Amount Due | $19,838.37 |
| Payments Made to Date | $ (6,612.79) |
| Interest from 11/22/05 through 5/12/06 at 6% per annum ($3.26 per diem) | $ 557.46 |
| Subtotal: | $ |

| | |
|---|---|
| Costs: | $_____ |
| Costs of writ of execution: | $_____ |
| **TOTAL DUE:** | $_____ |

DATED: _____

_____
Clerk

_____
Deputy Clerk