IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO.: 05-61 ERIE<br><br>*This document was electronically filed* |
| Plaintiffs, | |
| vs. | |
| CRAIGER ELECTRIC, INC., | |
| Defendant, | |
| vs. | |
| WEBER MURPHY FOX, | |
| Garnishee. | |

**ORDER**

AND NOW, to wit, this _____ day of May, 2006, IT IS ORDERED that a process server at MacDonald, Illig, Jones & Britton LLP be and the same is hereby specially appointed to serve the Interrogatories to Garnishee, upon **WEBER MURPHY FOX,** Garnishee in this action.

IT IS FURTHER ORDERED that proof of such services shall be made by affidavit in accordance with Rule 4(l), Federal Rules of Civil Procedure.

FOR THE COURT:

_____