IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IBEW LOCAL NO. 56 VACATION )
FUND, NATIONAL LABOR MANAGEMENT )
COOPERATIVE COUNCIL, NATIONAL )
ELECTRICAL BENEFIT FUND, MICHAEL )
ALBERICO AND AL CHURCH, AS )
TRUSTEES OF THE IBEW LOCAL UNION )
NO. 56 PENSION FUND, IBEW LOCAL )
UNION NO. 56 HEALTH AND WELFARE )
FUND, IBEW LOCAL UNION NO. 56 )  CIVIL ACTION NO.: 05-61 ERIE
EMPLOYEES DEFERRED SAVINGS PLAN, )
IBEW LOCAL UNION NO. 56 )
DELINQUENCY PENALTY DEFAULT )  ***This document was electronically***
FUND, ELECTRICAL EDUCATIONAL )  ***filed***
TRUST FUND and IBEW LOCAL UNION )
NO. 56 SUPPLEMENTAL )
UNEMPLOYMENT FUND, )
)
               Plaintiffs, )
)
vs. )
)
CRAIGER ELECTRIC, INC., )
)
               Defendant, )
)
vs. )
)
WEBER MURPHY FOX, )
               Garnishee. )

**ORDER**

      AND NOW, to wit, this _____ day of May, 2006, IT IS ORDERED that a process server at MacDonald, Illig, Jones & Britton LLP be and the same is hereby specially appointed to serve the Interrogatories to Garnishee, upon **WEBER MURPHY FOX,** Garnishee in this action.

      IT IS FURTHER ORDERED that proof of such services shall be made by affidavit in accordance with Rule 4(l), Federal Rules of Civil Procedure.

                                                FOR THE COURT:

                                           _____