IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO.: 05-61  ERIE<br><br>***This document was electronically filed*** |
| Plaintiffs, | |
| vs. | |
| CRAIGER ELECTRIC, INC., | |
| Defendant, | |
| vs. | |
| WEBER MURPHY FOX, | |
| Garnishee. | |

## PRAECIPE FOR WRIT OF EXECUTION AGAINST GARNISHEES

TO:  CLERK, U.S. DISTRICT COURT

Kindly issue a writ of execution in the above matter

1. against CRAIGER ELECTRIC, INC., Defendant; and
2. against WEBER MURPHY FOX, Garnishee;
3. 

| | |
|---|---|
| Judgment Amount Due | $19,838.37 |
| Payments Made to Date | $ (6,612.79) |
| Interest from 11/22/05 through 5/12/06 at 6% per annum ($3.26 per diem) | $    557.46 |
| Subtotal: | $13,783.04 |

| | |
|---|---|
| Costs: | $ -- |
| Costs of writ of execution: | $ -- |
| **TOTAL DUE:** | **$13,783.04** |

Respectfully submitted,

/s/ Elaina A. Smiley
Joseph A. Vater, Jr.
Pa I.D. #23654

Elaina A. Smiley
Pa I.D. #84024

MEYER, UNKOVIC & SCOTT LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2800
Attorneys For Plaintiffs