IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO.: 05-61  ERIE<br><br>***This document was electronically filed*** |
| Plaintiffs, | |
| vs. | |
| CRAIGER ELECTRIC, INC., | |
| Defendant, | |
| vs. | |
| WEBER MURPHY FOX, | |
| Garnishees. | |

**PROOF OF SERVICE**

The undersigned hereby certifies that the Interrogatories Directed to Garnishee, WEBER MURPHY FOX, along with the Writ of Execution and signed Order of Court permitting service by the undersigned, were served on the 23rd day of May, 2006, by hand delivery upon Rose Marie Knepper (name), Receptionist (title) of WEBER MURPHY FOX, pursuant to Rule 4(l) Federal Rules of Civil Procedure, at 3230 West Lake Road, Erie, PA 16505.

MacDonald Illig Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459
(814) 870-7600

SWORN TO and subscribed before me this 23rd day of May, 2006.

Notary Public
MY COMMISSION EXPIRES:

NOTARIAL SEAL
MARY THERESE CRAIG, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON JUNE 19, 2007