IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 05-61 ERIE<br><br>*This document was electronically filed* |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CRAIGER ELECTRIC, INC., | ) ) | |
| Defendant, | ) ) | |
| vs. | ) ) | |
| WEBER MURPHY FOX, | ) ) | |
| Garnishee. | ) | |

**SETTLE AND DISCONTINUE
AS TO WEBER MURPHY FOX, GARNISHEE**

TO: CLERK, U.S. DISTRICT COURT

Please settle and discontinue the action as to WEBER MURPHY FOX, Garnishee, in the above-captioned case and mark the docket accordingly.

                        MEYER, UNKOVIC & SCOTT LLP

                        _____
                        Joseph A. Vater, Jr.
                        Pa I.D. #23654

                        Elaina A. Smiley
                        Pa I.D. #84024

                        1300 Oliver Building
                        Pittsburgh, PA  15222
                        (412) 456-2800
                        Attorneys For Plaintiffs

Sworn to and subscribed before me

this 30th day of June, 2006.

_____
Notary Public

My Commission Expires:

```
Notarial Seal
Toby Marchionno-Adams, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Mar. 1, 2007
```
Member, Pennsylvania Association of Notaries

2