## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Settle and Discontinue as to WEBER MURPHY FOX, Garnishee, has been served on all parties listed below by United States first class mail, postage prepaid this 30th day of June, 2006, addressed as follows:

Weber Murphy Fox
c/o Kim Jeffreys, Principal
3230 West Lake Road
Erie, PA 16505

By: _____
Elaina A. Smiley, Esq.