633537.1

05-61-ERIE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, <br><br> Plaintiffs, <br> vs. <br><br> CRAIGER ELECTRIC, INC., <br><br> Defendant, <br> vs. <br><br> ROCCO'S AUCTIONS & APPRAISALS, <br><br> Garnishee. | CIVIL ACTION NO.: 05-61 ERIE <br><br> ***This document was electronically filed*** |

### SETTLE AND DISCONTINUE
### AS TO ROCCO'S AUCTIONS & APPRAISALS, GARNISHEE

TO: CLERK, U.S. DISTRICT COURT

Please settle and discontinue the action as to ROCCO'S AUCTIONS & APPRAISALS, Garnishee, in the above-captioned case and mark the docket accordingly.

                                                     MEYER, UNKOVIC & SCOTT LLP

                                                     *s/ Elaina A. Smiley*
                                                     Joseph A. Vater, Jr.
                                                     Pa I.D. #23654
                                                     Elaina A. Smiley
                                                     Pa I.D. #84024
                                                     1300 Oliver Building
                                                     Pittsburgh, PA  15222
                                                     (412) 456-2800
                                                     Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Settle and Discontinue as to ROCCO'S AUCTIONS & APPRAISALS, Garnishee, has been served on all parties listed below by United States first class mail, postage prepaid this 15th day of September, 2006, addressed as follows:

      Mr. Tim Rocco
      Rocco's Auctions & Appraisals
      6101 West Road
      McKean, PA 16426

By:   *s/Elaina A. Smiley*
      Elaina A. Smiley
      Pa I.D. #84024

      1300 Oliver Building
      Pittsburgh, PA 15222
      (412) 456-2800
      Attorneys For Plaintiffs